**Order filed February 28, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00992-CV
_____

**JAMES RAMEY, SEAN RAMEY AND ALL OCCUPANTS, Appellant**

**V.**

**BANK OF NEW YORK, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 860916**

---

## ORDER

According to information provided to this court, the order appellant seeks to appeal is not a final, appealable order.   The clerk's record has not been filed in this appeal.   The County Clerk has informed this court that appellant did not pay for preparation of the clerk's record.   In response to notices from this court, appellant informed this court that he filed an affidavit of indigence in the trial court.   We have not been advised whether a contest to the affidavit was filed, and if so, the ruling on the contest.

To determine our jurisdiction over this appeal, and if jurisdiction exists, whether appellant is entitled to proceed without the advance payment of costs, we issue the following order for a partial clerk's record.

We order the Harris County Clerk to file a partial clerk's record with the clerk of this court on or before **March 28, 2012.** In order that this court may ascertain its jurisdiction over the appeal, the **partial clerk's record** shall contain **(1)** the judgment being appealed; **(2)** any motion for new trial, other post-judgment motion, or request for findings of fact and conclusions of law; and **(3)** the notice of appeal. In addition, the **partial clerk's record** shall contain: **(4)** appellant's affidavit of indigence; **(5)** the contest to the affidavit of indigence, if any; **(6)** the trial court's order ruling on any contest; **(7)** any other documents pertaining to the claim of indigence and the contests thereto.

PER CURIAM